# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY A. KLOTZ,<br><br>Defendant. | PO-19-5028-GF-JTJ<br><br>VIOLATION:<br>FATF000V<br>Location Code: M9-GF<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the citation is DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED that the bench trial scheduled for April 4, 2019 is VACATED.

DATED this 26th day of March, 2019.

John Johnston
United States Magistrate Judge